UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

No. 5:17-CR-017-D-3

| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| EARL JAMES KENNA | ) |

**ORDER**
**GRANTING MOTION TO SEAL**

THIS MATTER is before the Court on defendant's motion to file his Sentencing Memorandum under seal.

FOR GOOD CAUSE SHOWN, defendant's motion is hereby GRANTED.

SO ORDERED, this the _6_ day of February, 2018.

HON. JAMES C. DEVER, III
Chief Judge, U.S. District Court