IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-17-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| EARL JAMES KENNA, | ) | |
| | ) | |
| Defendant. | ) | |

Earl James Kenna ("Kenna" or "defendant") filed a motion for reconsideration [D.E. 189] of this court's order of August 6, 2020. See [D.E. 188]. In the motion, Kenna notes that he has had COVID-19 and recovered. See [D.E. 189] 5. Thus, he has natural antibodies. Moreover, the Bureau of Prisons has made extensive efforts to control and contain COVID-19. See Bureau of Prisons, BOP's COVID-19 Response, https://www.bop.gov/coronavirus/overview.jsp#bop_covid-19_response (last visited Feb. 9, 2022). Kenna is currently incarcerated at FCI Butner Medium I. As of February 9, 2022, FCI Butner has reported 16 current inmate confirmed test positives and 148 inmate recoveries. See id.

The court has considered Kenna's motion for reconsideration. Cf. Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Dennis v. Colleton Med. Ctr., Inc., 290 F.3d 639, 653 (4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995). The motion for reconsideration does not materially change this court's analysis of August 6, 2020. Thus, having considered the entire record and governing law, the court DENIES defendant's motion for reconsideration [D.E. 189].

SO ORDERED. This 9 day of February, 2022.

                                                         JAMES C. DEVER III
                                                        United States District Judge